UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>PROSPECT AIRPORT SERVICES, INC., *et al.*,<br><br>Defendant, | 2:05-cv-1125-KJD-GWF<br><br>O R D E R |

This matter is before the undersigned Magistrate Judge on Defendant Prospect Airport Services, Inc.'s Emergency Motion to Allow Telephonic Appearance Pursuant to Local Rule 7-5 (#150).

The Court having reviewed the Motion (#150) and good cause appearing therefore,

IT IS HEREBY ORDERED that Defendant Prospect Airport Services, Inc.'s Emergency Motion to Allow Telephonic Appearance Pursuant to Local Rule 7-5 (#150) is **DENIED**.

DATED this  16th  day of December, 2011.

ROBERT J. JOHNSTON
United States Magistrate Judge