UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>PROSPECT AIRPORT SERVICES, INC., *et al.*,<br><br>　　　　Defendant, | 2:05-cv-1125-KJD-GWF<br><br><br>O R D E R |

　　　This matter is before the undersigned Magistrate Judge on Defendant Prospect Airport Services, Inc.'s Emergency Motion to Allow Telephonic Appearance Pursuant to Local Rule 7-5 (#150).

　　　The Court having reviewed the Motion (#150) and good cause appearing therefore,

　　　IT IS HEREBY ORDERED that Defendant Prospect Airport Services, Inc.'s Emergency Motion to Allow Telephonic Appearance Pursuant to Local Rule 7-5 (#150) is **DENIED**.

　　　DATED this  16th  day of December, 2011.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　ROBERT J. JOHNSTON
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge